■ WILLIAM J. RIOLO, JR., Respondent, v JOHN GOGGIN, Appellant. (Appeal No. 1.) [765 NYS2d 300] —Appeal from an order of Supreme Court, Herkimer County (Kirk, J.), entered July 1, 2002, which denied defendant's motion to set aside the verdict or, in the alternative, a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Green, J.P., Wisner, Gorski and Lawton, JJ.